**ANTHONY J. BRASS (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**
**tony@brasslawoffice.com**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 11 624 WHA |
| Plaintiff, | ) **DEFENDANT'S SENTENCING** |
| | ) **MEMORANDUM** |
| vs. | ) |
| | ) Date of Sentencing:  January 17, 2012 |
| RAYMOND MICHAEL FOAKES, | ) Time:  2 p.m. |
| Defendant. | ) |
| | ) Hon. William H. Alsup |
| | ) United States District Court |
| | ) |
| | ) |
| | ) |
| | ) |

## I.    INTRODUCTION

Defendant Raymond Michael Foakes entered a guilty plea in this Court on October 21, 2011, pursuant to a Rule 11(c)(1)(C) written plea agreement with the United States.  He pled guilty to Count One, Conspiracy to Commit Financial Institution and Wire Fraud, a violation of 18 U.S.C. Section 1849; Count Two, Wire Fraud, a violation of 18 U.S.C. Section 1343; Count Seventeen and Eighteen, Money Laundering in violation of 18 U.S.C. Section 1957.  Mr. Foakes also admitted Violation Number One in the Form 12 that is pending before this court.

Mr. Foakes asks the Court to sentence him pursuant to the terms of the Plea Agreement, which call for him to serve a term of 70 months in Federal Prison, to be followed by a term of supervised release of 3 years.  It is agreed by the parties that this represents an appropriate and reasonable sentence in this matter.

## II.   BACKGROUND

Mr. Foakes comes to this Court to be sentenced at the age of 48.  He is the father of two young children, whom he supported, and with whom he resided until the date of his arrest in this case.  The proposed sentence of 70 months will have an impact on Mr. Foakes' life that is difficult to exaggerate.  The separation from his children during these formative years will be difficult to say the least.  This sentence also represents the longest Prison sentence the defendant has ever served.

Mr. Foakes well knows that this Court is familiar with his background, given the fact that this Court held a hearing regarding an earlier Form 12.   As a consequence of that hearing, Mr. Foakes served the 5 months imprisonment, as well as an additional 5 months in home detention. Since that time, Mr. Foakes, who has struggled with drug addiction for years, has maintained his sobriety, and has kept himself gainfully employed as a heavy equipment operator, commuting 170 miles per day for his job.

Mr. Foakes realizes that it is difficult to persuade the Court that he was making earnest efforts to distance himself from criminality when he comes here facing a new Form 12 for violating his non-association condition; and for that reason he wishes to highlight some mitigating factors.

The Form 12 charges Mr. Foakes with associating with Joseph Heiney, a man that United States Probation considers a Hell's Angels associate and a felon.  Mr. Foakes is aware that any association with any felons, or individuals connected to the Hell's Angels Motorcycle Club (HAMC) will be presumed to be for the purpose of committing criminal acts.  However, in this case that presumption is simply not true.  This conclusion is supported by two facts: First, that Mr. Heiney's felony has been expunged by the Superior Court of California, (as shown by the documents collectively marked as Exhibit A, and attached hereto); and second, that Mr. Foakes associated with Mr. Heiney, while Mr. Foakes was on a family trip to Disneyland with his employer, Ronald Van Airsdale, in Disneyland.  Mr. Heiney, a close friend of Mr. Van Airsdale, joined the two men and their families.   Mr. Foakes is not disputing that this association was a violation of his probation, but wishes to highlight these circumstances which are certainly indicative of the fact that in no way was this association for the purpose of criminal conduct.

### III.    DISCUSSION

The offense conduct in this case is accurately summarized in the Pre-Sentence Report, and do not bear repetition here.

The defendant does not dispute the calculations of United States Probation Officer Cheryl L. Simone, and agrees that his offense conduct yields an adjusted offense level of 20 (23 less 3 points for acceptance of responsibility).  He also agrees that his criminal history category is appropriately calculated at VI.

The defendant asks the Court to consider that he has fully accepted responsibility.  He also has done everything possible to facilitate the adjudication of this matter which is cumbersome to say the least.  His efforts in that regard are well articulated in the Government's Sentencing Memorandum.  The defendant joins the government in urging the Court to accept the sentence of 70 months, as agreed to by the parties.  It is the view of the parties that this represents an appropriate and reasonable sentence given the circumstances in this case, and the circumstances surrounding the rapid acceptance of responsibility.

### IV.    CONCLUSION

Mr. Foakes respectfully requests that the court sentence him in accordance with the submitted plea agreement, to a term of imprisonment of 70 months.


Dated:   January 9, 2012

Respectfully Submitted,

ANTHONY J. BRASS
Attorney for Defendant
RAYMOND MICHAEL FOAKES

*U.S. v. RAYMOND MICHAEL FOAKES, CR 11–00624–3 WHA*
*Sentencing Memorandum 3*

# Exhibit A

```
Defendant Status                                       Criminal Justice System
Name: HEINEY, JOSEPH DONALD                            Probation Number:
      Not In Custody
```

|   | Case | Court | Next Appearance | Pending Charges? | On SOR | Other Complaint | Charge Information | Status | Warrant Info |
|---|------|-------|-----------------|------------------|--------|-----------------|---------------------|--------|--------------|
| _ | SCR-460170 | | | | | DISM | | | |
| _ | COT-020679 | | | | | NFIL | | | |
| _ | MCR-390912 | | | | | SENT | | | |
| _ | TCR-358820 | | | | | DISM | | | |
| _ | TCR-356102 | | | | | DISM | | | |
| _ | SCR-29708 | | | | | HTOA | D1SM | | |
|   | SC Fel | Formal Prob | | | | General Ternination on 09/11/2002 | | | |
| _ | TCR-340701 | | | | | SENT | | | |
|   | MC Misd Cond | Prob | | | | Term Expired on 02/13/2003 | | | |
| _ | MCR-259631 | | | | | SENT | | | |
|   | MC Misd Cond | Prob | | | | Term Expired on 10/16/1997 | | | |
| _ | SCR-23117 | | | | | CERT | DISM | | |
| _ | TCR-254593 | | | | | DISM | | | |
| _ | TCR-254324 | | | | | SENT | | | |
|   | MC Misd Cond | Prob | | | | Term Expired on 01/10/1997 | | | |
| _ | TCR-250416 | | | | | SENT | | | |
|   | MC Misd Cond | Prob | | | | Term Expired on 01/10/1997 | | | |
| _ | MCR-250713 | | | | | SENT | | | |
| _ | SRO-963004 | | | | | NFIL | | | |
| _ | MCR-240110 | | | | | DISM | | | |

```
      (5-Next) (6-Crt Register)              (8-Charges)
```

```
SCR-29708      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page    1
MCR-355734                     CRIMINAL DOCKET          Printed  9/30/2011  16:02
```

Docket of
DE 1  HEINEY, JOSEPH DONALD                       Offense Date: 04/12/2000
DOB 03/13/1976 DLN CA B3034018                       DA #: DAR-404/34

   Filed Charges
   F HS 11359 Held to Answer            F HS 11350(a) Held to Answer
   F HS 11359 Dism per 1203.4 PC        F HS 11350(a) Dismissed

Arresting Agency: SO. CO. NARCOTICS TASK FORCE        Agency #: NTF-00041208
Box Number: 88605 (MCR-355734),   105529 (SCR-29708)   DA Location: 8051/
=================================================================================

04/13/2000 DE 1
   BAIL BOND REFERENCE #CS1000275689 REC'D AND FILED IN THE AMOUNT OF
   $5000
   CALENDAR ITEM - 04/26/2000 at 8:30am M7, BAILED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT

04/25/2000 DE 1
   COMPLAINT FILED
   F HS 11359                          F HS 11350(a)

04/26/2000 DE 1   Courtroom Minutes of Department M7

   HON: F PASSALACQUA  DDA: JULIA K. FREIS   REP: Jennifer Roux  CLK: AN
   Defendant present
   Counsel R Scott appearing generally
   Defendant handed copy of complaint
   Stipulates to arraignment
   Waives reading of complaint
   Waives further advisement of rights
   Defendant pleads Not Guilty to count I HS 11359
   Defendant pleads Not Guilty to count II HS 11350(a)
   Defendant Waived Time for Preliminary Hearing, including 10 day
   rule
   Defendant Waived Time for Preliminary Hearing, including 60 day
   rule
   Preliminary Examination set - 06/07/2000 at 9:30am M7, PRELIMINARY,
      MOTION

05/26/2000 DE 1
   NOTICE OF MOTION AND MOTION FOR CONTINUANCE;MEMORANDUM OF POINTS
   AND AUTHORITIES;DECLARATION OF RICHARD S. SCOTT FILED

SCR-29708    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 2

06/07/2000 DE 1    Courtroom Minutes of Department M7

   HON: F PASSALACQUA  DDA: Carla L Claeys  REP: J BURRESS  CLK: AN
Defendant present
Counsel Richard Scott not present, M Case appearing
Defendant Waived Time for Preliminary Hearing
Preliminary Examination set - 07/17/2000 at 1:30pm M7, PRELIMINARY
1050 PC Motion by defense counsel GRANTED

07/17/2000 DE 1    Courtroom Minutes of Department M7

   HON: F PASSALACQUA  DDA: Alexander J. McMahon  REP: F SANDERS  CLK: AN
Defendant present
Counsel Richard Scott appearing
Preliminary Examination Held
People call Det. Joe Raya, sworn and testified.
Witness identifies Defendant(s).
Stipulation as to witnesses qualifications for preliminary hearing
purposes only
Cross examination by counsel Case
Cross examination by counsel Scott
Witness steps down
Stipulation for PX purposes only re: lab results
People rest
Defense counsel Case argues
People argue
Defendant Held to Answer to count I HS 11359 as charged
Defendant Held to Answer to count II HS 11350(a) as charged
Information to be filed in Superior Court by - 07/31/2000 at 9:00am
  S4, INFORMATION TO BE FILED
Transcript by: 7/31/2000
Reporter: F. Sanders
BAIL TRANSFERRED TO SUPERIOR COURT; REFERENCE #CS1000275689

07/21/2000 DE 1
   PERTINENT PAPERS DELIVERED TO COUNTY CLERK; RECEIPT FILED #
  SCR29708

07/24/2000 DE 1
   CRIMINAL HEARING - 07/31/2000 at 9:00am S4, INFORMATION TO BE FILED
  BAIL BOND REFERENCE #CS1000275689 REC'D AND FILED IN THE AMOUNT OF
  $5000
  BAIL TRANSFERRED FROM MUNICIPAL COURT

SCR-29708    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 3

07/31/2000 DE 1    Courtroom Minutes of Department S4

   HON: Robert Boyd  DDA: ALEXANDER J McMAHON  REP: ROSE FERRONATO  CLK: MB
Defendant present
Richard Scott appearing for Defendant
INFORMATION FILED
F HS 11359                              F HS 11350(a)
Defendant stipulates to due and proper arraignment
Defendant waives reading of information
Fingerprint form filed
CONT'D TO - 08/02/2000 at 9:00am S4, PLEA, TO SET, DISPOSITION

08/01/2000 DE 1
   REPORTER'S TRANSCRIPT FILED PRELIM

08/02/2000 DE 1    Courtroom Minutes of Department S4

   HON: Robert Boyd  DDA: ALEXANDER J McMAHON  REP: ROSE FERRONATO  CLK: MB
Defendant present
Richard Scott appearing for Defendant
Defendant Advised of Maximum Penalties
Defendant understands and waives each right
Defense Counsel joins in Waiver of Rights
Defendant pleads NO CONTEST to count I HS 11359
CONVICTED TO COUNT I HS 11359 - PLEA OF NOLO CONTENDERE
Court finds factual basis for plea
Court finds Defendant knowingly, intelligently, freely and
voluntarily waives rights
Court makes finding of guilt
People move to dismiss ct(s) 2 ; deemed dismissed at time of
sentencing.
Plea per 1192.5 PC
People recommend plea to count 1, no immediate state prison,
relinquish rights to money seized, computer forfeited, dismissal as
to Cole-Smith
Defendant stipulates to factual basis for plea
Case Referred to Probation Department for RPO
Referred to Probation for presentence
CONT'D TO - 09/07/2000 at 9:00am S4, RPO/PRESENTENCE
Report due 8-31-2000
Defendant waives time for sentencing

08/16/2000 DE 1
   REPORTER'S TRANSCRIPT FILED - CHANGE OF PLEA

SCR-29708    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 4

09/07/2000 DE 1    Courtroom Minutes of Department S4

HON: Robert Boyd   DDA: ALEXANDER J McMAHON   REP: ROSE FERRONATO   CLK: MB
Defendant present
Richard Scott appearing for Defendant
Probation report filed
Court has read & reviewed report(s) & other documents.
Defendant having been convicted, COURT PRONOUNCES SENTENCE.
DEFENDANT SENTENCED
Imposition of Judgment Suspended
Defendant advised regarding appellate rights
Formal Probation Granted 24 Month(s)
Commence/cont. educ., counseling & other rehab programs as
directed by Prob.; not to leave w/o prior written consent
Complete 40 hrs. volunteer work thru So. Co. Volunteer Bureau to
the satisfaction of the Probation Officer and the Bureau's Director.
Register pursuant to 11590 H&S
Submit to warrantless search and seizure of person, property,
personal business or vehicle at any time day or night;
Submit to warrantless search/seizure of residence any time day or
reasonable hr. night by any Prob./Law Enforc. Off.
Submit to random chemical testing
Not possess or use controlled substances or associated
paraphernalia without valid prescription
Not consume or possess alcohol
Not be where alcohol is primary item of sale
Maintain employment or enroll in educational program
Not own,possess,have custody/control of firearms or ammunition
pursuant to Federal and State law
Be of good conduct and obey all laws
Pay drug prevention program fee $150
Criminal Justice Administrative fee in the amount of $189 to be
paid
Pay restitution fine of $400 pursuant to 1202.4(a)(3)(b)
Pay report preparation fee $250 through Probation (not a condition
of probation)
Pay cost of probation supervision at $165 through Probation (not a
condition of probation)
All fines and fees to be paid as directed by Probation
COUNT II HS 11350(a) DISMISSED - OTHER
Report to Probation within 2 days of release from custody.
Sentenced to serve 6 months in Jail, 1 day credit for time served,
stayed until 1/03/2001 at 7:00 PM.
Report to North County Detention Facility

SCR-29708    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 5

09/12/2000 DE 1
    AMENDED ORDER PURSUANT TO STIPULATION TO FORFEITURE FILED
    STIPULATION TO FORFEITURE OF PROPERTY FILED

11/21/2000 DE 1
    STIPULATION TO FORFEITURE OF PROPERTY SUBJECT TO DISPOSITION FILED
    ORDER PURSUANT TO STIPULATION TO FORFEITURE FILED
    STIPULATION TO FORFEITURE OF PROPERTY SUBJECT TO DISPOSITION FILED

11/28/2000 DE 1
    BAIL EXONERATED; REFERENCE #CS1000275689

12/08/2000 DE 1
    CONTINUED TO - 12/11/2000 at 9:00am S4, MODIFICATION OF PROBATION,
      AT ATTORNEY'S REQUEST

12/11/2000 DE 1    Courtroom Minutes of Department S4

    HON: Robert Boyd  DDA: WILLIAM J. BROCKLEY  REP: BONNIE PERRY  CLK: MB
    Defendant present
    Richard Scott appearing for Defendant
    Discovery due:  12-22-2000 5:00 p.m.
    All other terms and conditions remain in full force and effect
    CONT/D TO - 01/05/2001 at 2:00pm S4, HEARING
    Hearing on medical marijuana use

12/14/2000 DE 1
    AUTOMATED DL106 SENT TO DMV-SACRAMENTO

01/05/2001 DE 1    Courtroom Minutes of Department S4

    HON: Robert Boyd  DDA: WILLIAM J. BROCKLEY  REP: ROSE FERRONATO  CLK: MB
    Defendant is not present
    Richard Scott appearing for Defendant
    Modification of probation request is dropped from calendar.
    All other terms and conditions remain in full force and effect

01/28/2001 DE 1
    AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

04/09/2001 DE 1
    AMENDEDED ORDER PURSUANT TO STIPULATION TO FORFEITURE FILED

01/09/2002 DE 1
    CONTINUED TO - 01/10/2002 at 8:30am S4, MODIFICATION, AT
      DEFENDANT'S REQUEST

SCR-29708    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA           Page 6

01/10/2002 DE 1    Courtroom Minutes of Department S4

     HON: Robert Boyd  DDA: WILLIAM J. BROCKLEY  REP: KAREN THOMPSON  CLK: MB
     Probation Officer V. Starkey present
     Probation Officer V. Starkey gives Oral Report
     Defendant present
     Counsel R. Scott not present
     Case Referred to Probation Department for RPO
     Re: report re: defendant's performance on probation, if there has
     been any further criminal activity
     CONTINUED TO - 01/17/2002 at 8:30am S4, REPORT OF PROBATION OFFICER
     Report due 1-18-2002
     Defendant requests his probation be modified to delete the testing
     requirement

01/17/2002 DE 1    Courtroom Minutes of Department S4

     HON: Robert Boyd  DDA: WILLIAM J. BROCKLEY  REP: ROSE FERRONATO  CLK: MB
     Defendant present
     Counsel Richard Scott appearing
     Probation Officer V. Starkey gives Oral Report
     Probation Officer V. Starkey present
     Motion for Modification denied.
     All other terms and conditions remain in full force and effect

02/01/2002 DE 1
     AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

09/07/2002 DE 1
     Formal Probation Term Expired

09/11/2002 DE 1
     PROBABTION MEMO FILED
     Probation Terminated

05/29/2003 DE 1
     APPLICATION FOR EXPUNGEMENT PER PC 1203.4 FILED

06/17/2003 DE 1
     ORDER GRANTING EXPUNGMENT AND CASE DISMISSED PER PC 1203.4 FILED
     AMENDED ABSTRACT SENT TO DMV-SACRAMENTO

06/19/2003 DE 1
     AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

               *****   End of Docket   *****