IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 11-00624 WHA |
| v. | |
| RAYMOND FOAKES, | **ORDER RE REQUEST FOR JUDICIAL RECOMMENDATION OF EARLY HALFWAY HOUSE DESIGNATION** |
| Defendant. | |

    Defendant Raymond Foakes has filed a request for a judicial recommendation that he receive an early halfway house designation to complete his sentence. Before approving any such unusual recommendation, the Court would want a direct request from the Bureau of Prisons and not just an "understanding" from the offender's lawyer that the Bureau would take the judge's recommendation into account. Defendant's request is **DENIED** without prejudice.

Dated: June 17, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE