MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

JENNIFER L. NAEGELE (CBN 232643)
P.O. Box 12375
San Francisco, CA 94112
(415) 519-9116
naegelelaw@gmail.com

Attorneys for Defendant
RAYMOND FOAKES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 3:11-cr-00624-WHA |
|---|---|---|
| Plaintiff | ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER WAIVING DEFENDANT'S APPEARANCE ON SEPTEMBER 19, 2017** |
| vs. | ) ) | |
| RAYMOND FOAKES, | ) ) | |
| Defendant | ) ) | |

On March 14, 2017, defendant Raymond Foakes pled guilty to Charges Two and Three of the Petition for Arrest Warrant for Offender Under Supervision filed on November 29, 2016. The Court sentenced Mr. Foakes to serve two years in custody followed by three years supervised release, and held Charge One in abeyance with a further status conference set for September 19, 2017 at 2:00 p.m. The Court recommended that defendant be housed at the Federal Institution at Lompoc, CA or Mendota, CA, and defendant was remanded to the custody of the United States Marshal.

*Stipulation and ~~Proposed~~ Order Waiving Defendant's Appearance on September 19, 2017*
*Case No. CR 3:11-cr-00624-WHA*

Since that time, the Marshals have informed counsel that in order for Mr. Foakes to be sent to a federal institution, he will need to waive his personal appearance on September 19, 2017. The parties therefore jointly request that defendant's appearance on September 19, 2017 be waived pursuant to Rule 43 of the Federal Rules of Criminal Procedure. The government does not object to a waiver of Mr. Foakes's appearance.

Respectfully submitted.

Date: March 29, 2017                    _____/s/_____
                                        MICHAEL STEPANIAN
                                        Attorney for Defendant
                                        RAYMOND FOAKES

Date: March 29, 2017                    _____/s/_____
                                        DAMALI TAYLOR
                                        Assistant United States Attorney

### [PROPOSED] ORDER

Defendant Raymond Foakes's personal appearance on September 19, 2017 is waived pursuant to Federal Rule of Criminal Procedure 43.

DATED: __March 30,__ 2017              _____
                                        HON. WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT JUDGE