1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile: (415) 474-3748
4  mstepanian@sbcglobal.net

5  JENNIFER L. NAEGELE (CSBN 232643)
   Attorney at Law
6  P.O. Box 12375
   San Francisco, CA 94112
7  Telephone: (415) 519-9116
   naegelelaw@gmail.com
8
   Attorneys for Defendant
9  RAYMOND FOAKES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-00624 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE ON OCTOBER 17, 2017** |
| vs. | |
| RAYMOND FOAKES, | |
| Defendant. | |

On March 14, 2017, defendant Raymond Foakes pled guilty to Charges Two and Three of the Petition for Arrest Warrant for Offender Under Supervision filed on November 29, 2106. The Court sentenced Mr. Foakes to serve two years in custody followed by three years supervised release, and held Charge One in abeyance with a status conference set for September 19, 2017 at 2:00 p.m. On September 19, 2017, AUSA Kevin Barry appeared as counsel for the government and Michael Stepanian appeared for the defendant. The matter was reset to October 17, 2017 at 2:00 p.m. for further status conference. The defendant is currently no longer in USM custody and is housed at USP Atwater.

///

The parties therefore jointly request that defendant's appearance on October 17, 2017 be waived pursuant to Rule 43 of the Federal Rules of Criminal Procedure. The government does not object to a waiver of Mr. Foake's appearnce.

Respectfully Submitted,

Dated: October 16, 2017    /s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant
RAYMOND FOAKES

Dated: October 16, 2017    /s/ Kevin Barry
KEVIN BARRY
Assistant United States Attorney

**[PROPOSED] ORDER**

Defendant Raymond Foake's personal appearance on October 17, 2017 is waived pursuant to Federal Rules of Criminal Procedure 43.

DATED: October 17, 2017.

HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE